146 A.3d 469

**FRIEDMAN**

v.

**COMPTROLLER OF THE TREASURY**

No. 251, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 734, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 469

**GARDNER, Clifton**

v.

**STATE of Maryland**

No. 266, Sept.Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 1080, Sept. Term, 2015).

Petition for writ of certiorari denied.